United States Court of Appeals
Fifth Circuit

**F I L E D**

June 23, 2004

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 03-41579
Conference Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

CLARENCE JOSEPH KRING,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. C-03-CR-226-1
--------------------

Before BARKSDALE, DeMOSS, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Clarence
Joseph Kring on appeal has requested leave to withdraw and has
filed a brief as required by Anders v. California, 386 U.S. 738
(1967). Kring has received a copy of counsel's motion but has
not filed a response.

Our independent review of the brief and the record discloses
no non-frivolous issue for appeal. Counsel's motion for leave to

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

withdraw is granted, counsel is excused from further responsibilities, and the appeal is dismissed.  5TH CIR. R. 42.2.

MOTION TO WITHDRAW GRANTED; APPEAL DISMISSED.